IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | CV-03-C-0108-M |
| HOWARD W. HARPER, ) | |
| ) | |
| *Defendant.* ) | |

**FILED** 03 SEP -8 AM 10: 25
U.S. DISTRICT N.D. OF ALABAMA

**ENTERED**
SEP 8 2003

### FINDINGS OF FACT AND CONCLUSION OF LAW
### ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

*A. Findings of Fact*

1. Plaintiff UNITED STATES OF AMERICA filed the Complaint in this action on January 16, 2003.

2. Defendant HOWARD W. HARPER was properly served with the Summons and Complaint on July 22, 2003.

3. Defendant is not an incompetent, infant, or member of the United States Armed Services.

4. The Clerk of this Court entered default against Defendant on September 2, 2003.

5. Defendant is indebted to Plaintiff in the principal sum of $9,971.85, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $493.44 through August 28, 2003 at the rate of 3.5 percent annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, and costs of Marshal Service $590.76.

*B. Conclusions of Law*

Plaintiff is entitled to a default judgment in the amount of $11,206.05, plus interest from



August 28, 2003, until date of judgment at the rate of 3.5 percent per annum; interest thereafter shall accrue at the prevailing legal rate per annum until amount is paid in full.

By separate order, a final default judgment will be entered.

DONE this 5th day of September, 2003.

Chief United States District Judge
U.W. Clemon